IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REX LEE LARSEN,

        Petitioner,　　　　　　No.　6:11-cv-01324-HU

    v.

JEFF PREMO,　　　　　　　　　　　　ORDER

        Respondent.

HERNÁNDEZ, District Judge:

    Magistrate Judge Hubel issued a Findings and Recommendation [64] on December 1, 2014, in which he recommends that this Court deny Petitioner's petition for a writ of habeas corpus [2] and dismiss this proceeding with prejudice. Additionally, Magistrate Judge Hubel recommends that this Court deny Petitioner a certificate of appealability. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's

1 - ORDER

report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings & Recommendation [64]. Accordingly, this case is dismissed with prejudice. In addition, the Court denies a certificate of appealability.

IT IS SO ORDERED.

DATED this 17 day of Feb, 2015.

*/s/ Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER